**Darris WHITE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48416.**

Missouri Court of Appeals, Western District.

Feb. 7, 1995.

As Modified Feb. 28, 1995.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

---

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

### *ORDER*

PER CURIAM.

Darris White appeals from the motion court's judgment denying his Rule 29.15 post-conviction motion.

The judgment denying the Rule 29.15 post-conviction motion is affirmed. Rule 84.16(b).